AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| XR Communications, LLC, dba Vivato Technologies | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-00204-JRG-RSP |
| T-MOBILE USA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies     .

Date:     05/24/2023

/s/ Philip X. Wang
*Attorney's signature*

Philip X. Wang (CA SBN 262239)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

pwang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*